UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GLENROY MILLER,<br><br>Defendant | Criminal No. 24cr10010<br><br>Violations:<br><br><u>Count One</u>: Felon in Possession of a Firearm<br>(18 U.S.C. § 922(g)(1))<br><br><u>Count Two</u>: Felon in Possession of a Firearm and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br><u>Count Three</u>: Felon in Possession of Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br><u>Count Four</u>: Possession of a Machinegun<br>(18 U.S.C. § 922(o))<br><br><u>Count Five</u>: Trafficking in Firearms<br>(18 U.S.C. § 933(a)(1))<br><br><u>Firearm Forfeiture Allegation</u>:<br>(18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Felon in Possession of a Firearm
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about August 7, 2023, in Boston, in the District of Massachusetts, the defendant,

GLENROY MILLER,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a

1

Heckler and Koch VP .40 caliber pistol, bearing serial number 222-21045.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT TWO</u>
Felon in Possession of a Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about September 11, 2023, in Boston, in the District of Massachusetts, the defendant,

GLENROY MILLER,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, that is, a Glock 19 9mm pistol, bearing serial number BVUS031 and 11 rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
### Felon in Possession of Ammunition
### (18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about October 10, 2023, in Boston, in the District of Massachusetts, the defendant,

### GLENROY MILLER,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, that is, 15 rounds of .40 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR
Unlawful Possession of a Machinegun
(18 U.S.C. § 922(o))

The Grand Jury further charges:

On or about October 10, 2023, in Boston, in the District of Massachusetts, the defendant,

GLENROY MILLER,

knowingly possessed a machinegun, as defined by Title 26, United States Code, Section 5845(b), that is a Glock 19X, 9mm pistol, bearing serial number BNVU610 with a machinegun conversion device attached to it.

All in violation of Title 18, United States Code, Section 922(o).

COUNT FIVE
Trafficking in Firearms
(18 U.S.C. § 933(a)(1))

The Grand Jury further charges:

On or about October 24, 2023, in Boston, in the District of Massachusetts, the defendant,

GLENROY MILLER,

did ship, transport, transfer, cause to be transported, and otherwise dispose of firearms, that is a Glock 27 .40 caliber pistol, bearing serial number RHW990; and a Springfield Hellcat 9mm pistol, bearing serial number BY543907, to another person, whose identity is known to the Grand Jury, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient would constitute a felony.

All in violation of Title 18, United States Code, Section 933(a)(1).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 922(g)(1), 922(o), or 933(a)(1), set forth in Counts One through Five, the defendant,

GLENROY MILLER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
LUCY SUN
PHILIP C. CHENG
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: January 17, 2024
Returned into the District Court by the Grand Jurors and filed.

_____  01/17/2024
DEPUTY CLERK